4 So.2d 444

## Leon AUSTIN v. STATE.

### 8 Div. 157.

Supreme Court of Alabama.

Oct. 30, 1941.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the petition.

Proctor & Snodgrass, of Scottsboro, opposed.

BROWN, Justice.

The writ of certiorari is denied on authority of the opinion of this court in John Dalton Waller v. State, post, p. 90, 4 So. 2d 917.

Writ denied.

GARDNER, C. J., and THOMAS and LIVINGSTON, JJ., concur.